No. State 177.   French, Plaintiff in error, v. State, Defendant in error.

(Also reported in 217 N. W. 2d 98.)

Error to review a judgment of the circuit court for Milwaukee county entered November 3, 1972: Max Raskin, Circuit Judge.

Criminal law. Armed robbery (party to the crime). Evidence. Sufficiency.

The cause was submitted for the plaintiff in error on the brief of *Howard B. Eisenberg,* state public defender, and *Garrett N. Kavanagh,* assistant state public defender, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *James H. McDermott* and *Charles R. Larsen,* assistant attorneys general.

Judgment affirmed.